No. 935. MODERN PRODUCTS SUPPLY CO. *v.* DRACHEN-BERG. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Will Freeman* and *S. L. Wheeler* for petitioner. *Clarence B. Zewadski* and *Howard H. Campbell* for respondent.

No. 953. MCGRATH ET AL., TRUSTEES, ET AL. *v.* FOX. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *John P. McGrath* for petitioners. *Walter Bruchhausen* for respondent.

No. 870. TAYLOR ET AL. *v.* PORTER, PRICE ADMINISTRATOR. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioners *pro se.* *Solicitor General McGrath, Milton Klein* and *David London* for respondent.

No. 921. WICHITA COCA-COLA BOTTLING CO. *v.* UNITED STATES. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *A. H. Britain* for petitioner. *Solicitor General McGrath, Sewall Key, Robert N. Anderson* and *Melva M. Graney* for the United States.

No. 940. CANNON ET AL. *v.* PARKER ET AL. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *J. N. Saye* for petitioners.